# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOSEPH E. ANDERSON, | Case No. 1:14-cv-00362-AWI-BAM (PC) |
|---|---|
| Plaintiff, | ORDER SETTING DISPOSITIVE MOTION DEADLINE |
| v. | Deadline: **January 2, 2018** |
| GONZALES, | |
| Defendant. | |

Plaintiff Joseph E. Anderson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on the second amended complaint against Defendant A. Gonzales for failure to protect Plaintiff from assault at the hands of another inmate in violation of the Eighth Amendment.

On July 7, 2017, the Court vacated the dispositive motion deadline in order to resolve the pending motion for summary judgment based on Plaintiff's failure to exhaust administrative remedies for his excessive force claim against Defendant Laita and his related failure to intervene claim against Defendant Gonzales. (ECF No. 44.) The motion was granted in full pursuant to the District Judge's order of September 29, 2017. (ECF No. 48.)

Accordingly, the Court finds it appropriate and necessary to reset the dispositive motion deadline. Fed. R. Civ. P. 16. The deadline for filing all pre-trial dispositive motions shall be **January 2, 2018**. A request for an extension of this deadline must be filed on or before the

1

expiration of the deadline.  However, the parties are advised that an extension of time will only be granted upon a clear showing of good cause.

IT IS SO ORDERED.

Dated: **October 3, 2017**     /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE