# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH E. ANDERSON,<br><br>  Plaintiff,<br><br>  v.<br><br>A. GONZALES, et al.,<br><br>  Defendants. | Case No. 1:14-cv-00362-AWI-BAM (PC)<br><br>ORDER DISCHARGING THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND DIRECTING THAT PLAINTIFF BE TRANSPORTED BACK TO THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION<br><br>(ECF No. 59) |

On June 18, 2018, the Court conducted a settlement conference between the parties, and Plaintiff appeared in person pursuant to a Writ of Habeas Corpus Ad Testificandum. The settlement conference has concluded and Plaintiff Joseph E. Anderson is no longer needed as a participant in this proceeding.

Accordingly, IT IS HEREBY ORDERED that the Writ of Habeas Corpus Ad Testificandum is DISCHARGED and Plaintiff shall be transported immediately back to the California Department of Corrections and Rehabilitation.

IT IS SO ORDERED.

Dated:  **June 18, 2018**

UNITED STATES MAGISTRATE JUDGE

1