# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH E. ANDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. GONZALES, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-00362-AWI-BAM<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS AND VACATING ALL PENDING DATES AND MATTERS<br><br>FOURTEEN DAY DEADLINE |

On June 18, 2018, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Dispositional documents shall be filed within fourteen (14) days from the date of service of this order.

IT IS SO ORDERED.

Dated: **June 18, 2018**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1